In the Matter of the General Assignment for the Benefit of Creditors of ADOLPH VIETOR, Doing Business as FRED'K PROBST & COMPANY, Assignor, to WILLIAM C. RUTH, as Substituted Assignee, Appellant.

ERNEST G. VIETOR, Appellant; MARIE-LOUISE STURSBERG, as Executrix of ADOLPH VIETOR, Deceased, Respondent.

Argued November 28, 1945; decided January 17, 1946.

*Godfrey Goldmark* for William C. Ruth, as substituted assignee, appellant.

*Warren·W. Cunningham* and *Haig H. Davidian* for Ernest G. Vietor, appellant.

*Peter H. Kaminer, G. Herbert Semler, Gwendolyn W. Pickett* and *Herbert L. Sultan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.